# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1901

_____

Chimeka Randle

*Plaintiff - Appellant*

v.

Texarkana Arkansas Housing Authority

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: September 11, 2012
Filed: September 13, 2012
[Unpublished]

_____

Before, MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____


PER CURIAM.

Chimeka Randle appeals the district court's[1] order dismissing her 42 U.S.C. § 1983 complaint for failure to state a claim. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. See Zutz v. Nelson, 601 F.3d 842, 850 (8th Cir. 2010) (damage to reputation alone is insufficient to invoke due process protections). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.